Michael F. Perlis (SBN: 095992)
mperlis@lockelord.com
Wrenn E. Chais (SBN: 144579)
wchais@lockelord.com
LOCKE LORD LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA  90071
Telephone:  213-485-1500
Facsimile:   213-485-1200

Attorneys for Defendants
Beverly Hills Group, Inc., Jeffery Thomas,
Danielle Thomas, Jacob Thomas, Randall
Brumbaugh, Gene O'Brien and
Palm Desert Management, Inc.

Richard A. Weintraub (SBN 82882)
Jennifer Trowbridge (SBN 282876)
Weintraub Law Group PC
10085 Carroll Canyon Road, Suite 230
San Diego, CA 92131
Telephone: 858-566-7010

Attorneys for Plaintiffs, Donna and Edward Mikkin

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA MIKKIN, AN INDIVIDUAL, AND EDWARD MIKKIN, AN INDIVIDUAL,<br><br>Plaintiffs,<br><br>vs.<br><br>BEVERLY HILLS GROUP, INC., a Nevada corporation, JEFFREY THOMAS, an individual, DANIELLE THOMAS, an individual, JACOB THOMAS, an individual, JAMES POE, an individual; PAULA POE, an individual, GLOBAL FORCE TRADING LIMITED, a Hong Kong private company; AND AE GROUP INVESTMENTS | CASE NO. 16CV1046JM WVG<br><br>[Hon. Jeffrey T. Miller, Courtroom 5D]<br><br>**NOTICE OF JOINT SETTLEMENT AND WITHDRAWAL OF MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Date:       Sept. 6, 2016<br>Time:       10:00 a.m.<br>Courtroom: 5D |

| | | |
|---|---|---|
| 1 | LIMITED, a Nevada corporation; and | ) |
| 2 | RANDALL BRUMBAUGH, an individual; | ) Complaint Filed: April 29, 2016 |
| 3 | GENE O'BRIEN, an individual; DON A. PARADISO, P.A., a Florida corporation, and | ) Trial Date:   N/A |
| 4 | PALM DESERT MANAGEMENT INC., a Nevada corporation; and Does 1 through 30, | ) |
| 5 | inclusive. | ) |
| 6 | Defendant. | ) |

Locke Lord LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA  90071

1  Plaintiffs Donna Mikkin and Edward Mikkin and defendants Beverly Hills
2  Group, Inc., Jeffrey Thomas, Danielle Thomas, Jacob Thomas, James Poe, Paula Poe,
3  Global Force Trading Limited, AE Group Investments Limited, Randall Brumbaugh,
4  Gene O'Brien and Palm Desert Management, Inc. (collectively, "the Parties") hereby
5  advise the Court that they have reached a settlement and expect that this action will be
6  dismissed with prejudice as soon as certain obligations are satisfied under the Parties'
7  settlement agreement.  In the interim, the Parties hereby request that the Court vacate
8  the hearing on the pending Motion to Dismiss the First Amended Complaint, which is
9  currently scheduled for September 6, 2016.

Dated:  August 29, 2016           Respectfully submitted,

                                  LOCKE LORD LLP

                                  By: */s/ Michael F. Perlis*
                                       Michael F. Perlis
                                       Wrenn E. Chais

                                  *Attorneys for Defendants*
                                   Beverly Hills Group, Inc., Jeffery
                                   Thomas, Danielle Thomas, Jacob
                                   Thomas, Randall Brumbaugh, Gene
                                   O'Brien, Palm Desert Management Inc.
                                   Email: mperlis@lockelord.com
                                   Email: wchais@lockelord.com

                                  WEINTRAUB LAW GROUP PC

                                  By: */s/ Richard A. Weintraub*
                                       Richard A. Weintraub
                                       Jennifer Trowbridge

                                  *Attorneys for Plaintiffs*
                                   Donna Mikkin and Edward Mikkin
                                   Email:  rick@weintraublawgroup.com

**Locke Lord LLP**
300 South Grand Avenue, Suite 2600
Los Angeles, CA  90071

# **ATTESTATION**

I hereby attest that the other signatories listed, on whose behalf this filing is submitted, concur in the filing's content and has authorized the filing.

Dated: August 29, 2016　　　　　　　　LOCKE LORD LLP

　　　　　　　　　　　　　　　　　　　By: */s/ Michael F. Perlis*
　　　　　　　　　　　　　　　　　　　　　　Michael F. Perlis

**Locke Lord LLP**
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

# CERTIFICATE OF SERVICE

I, Michael F. Perlis, an attorney, do hereby certify that on August 29, 2016, I electronically filed the foregoing **NOTICE OF JOINT SETTLEMENT AND WITHDRAWAL OF MOTION TO DISMISS FIRST AMENDED COMPLAINT** with the Clerk of the Court using the electronic case filing system, which will send notification of such filings to the parties registered with the Court's CM/ECF system.

Dated: August 29, 2016                         By:  */s/ Michael F. Perlis*
                                                           Michael F. Perlis